JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METAL JEANS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AFFLICTION HOLDINGS, LLC; THE BUCKLE, INC.; and DOES 1-10, <br><br> Defendants. | Case No. CV15-00743 PA (Ex) <br><br> **ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

The Court, having considered the Stipulation to Dismiss Action filed by the parties in this matter, and finding good cause thereon;

**IT IS HEREBY ORDERED**, that:

1. This action be dismissed in its entirety, with prejudice;
2. The parties shall bear their own fees and costs;
3. ~~This Court shall retain jurisdiction as may be necessary to enforce the terms of the settlement agreement entered into between the Parties.~~

Dated: March 18, 2016

_____
HON. PERCY ANDERSON
U.S. DISTRICT COURT JUDGE

1
[PROPOSED] ORDER TO STIPULATION TO DISMISS ACTION

1512858/4229.002